# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY K. BROWN,
                Appellant,
vs.
FARHA BROWN, A/K/A FARHA M. SHORT,
                Respondent.

No. 79662

FILED

AUG 25 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Denise L. Gentile, District Judge, Family Court Division
        The Gersten Law Firm PLLC
        Hutchison & Steffen, LLC/Las Vegas
        Eighth District Court Clerk

20-31260